

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 9, 2022

VIA ECF
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*Handwritten note: Time to respond to the Complaint extended to July 15, 2022. May 23, 2022 conference canceled. Parties should submit a status report on a Rule 26 (f) report by July 22, 2022. So ordered. [signature] U.S.D.J. 5/10/22*

Re: ***Xiu Li Wang v. Mayorkas, et al.*, 22 Civ. 247 (JGK)**

Dear Judge Koeltl:

This Office represents the government in this action in which the petitioner, proceeding *pro se*, seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Refugee/Asylee Relative Petition (Form I-730). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from May 16, 2022, to July 15, 2022). In addition, I respectfully request that the initial pretrial conference presently scheduled for May 23, 2022, be rescheduled for a date during the week of July 25, 2022, or thereafter.[1] *See* ECF No. 10.

I respectfully request the extension of time because USCIS issued a Notice of Intent to Deny relating to the Form I-730 and needs additional time to receive a response and to determine next steps and other adjudicative action that could render this action moot. This is the government's second request for an extension of the deadline to respond to the complaint; the Court granted the first request. *See* ECF No. 9. This is the government's first request for adjournment of the pretrial conference. The government has been unable to obtain a response from the petitioner regarding whether the petitioner consents to the extension and adjournment request given that the petition provides no email address or telephone number. Although the government has mailed a letter to the petitioner requesting that the petitioner respond regarding whether the petitioner consents to the extension and adjournment request, the government does not anticipate that it will receive a response from the petitioner before the government's response to the complaint is due.[2]

---

**Copy mailed to pro se party(ies)**

**at docket address**

---

[1] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

[2] The mailing address in the petition appears to correspond to a storefront mailbox center and is also the exact mailing address for the litigants in sixteen other cases recently filed in this District.

I thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                    By:    s/ Jacqueline Roman
                              JACQUELINE ROMAN
                              Special Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (347) 714-3363
                              E-mail: jacqueline.roman@usdoj.gov
                              Attorney for Defendants

cc:  Plaintiff, pro se (via First Class Mail)